**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

D'ANDRAE BRADDY,

    Plaintiff,

vs.                                             Case No. 4:12cv499-MP/CAS

STATE OF FLORIDA,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on September 25, 2012, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983, doc. 1, and a motion seeking leave to proceed in forma pauperis, doc. 2. An Order was entered on September 28, 2012, requiring Plaintiff to submit additional information to support his inmate bank account. Doc. 4. That Order was been returned to the Court as undeliverable and stamped "Return to Sender." Doc. 5. Communication with the Leon County Jail, the location of Plaintiff at the time of case initiation as indicated by Plaintiff's address on the complaint, reveals that Plaintiff was released from the Jail on October 2, 2012. It has been a month since Plaintiff sought to initiate this case, and nothing has been received from Plaintiff advising that he was released from custody or, more importantly, providing a

current address.  It is not the Court's obligation to locate Plaintiff and there is no need to keep this case pending in the hope that at some time in the future, Plaintiff may contact this Court.  Because Court Orders cannot reach Plaintiff and he has apparently abandoned this litigation, it should be dismissed without prejudice for failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on October 25, 2012.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**